Case 1:23-mj-00014-SAB  Document 1  Filed 02/07/23  Page 1 of 4 - Eastern District of Kentucky
FILED
FEB 08 2018
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

UNITED STATES OF AMERICA

V.                                        INDICTMENT NO. 18-9-DLB-CJS

                                          1:23-mj-00014-SAB

KYLE PATTON,
SARAH M. PATTON,
ANDRES DIAZ-MIRANDA, and
BEAU M. DOWNS

* * * * *

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 846

On or about January 1, 2017 and continuing through on or about October 12, 2017, in Boone County, in the Eastern District of Kentucky and elsewhere,

**KYLE PATTON,
SARAH M. PATTON,
ANDRES DIAZ-MIRANDA, and
BEAU M. DOWNS**

did conspire together and with others to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 100 kilograms or more of marijuana, a Schedule I controlled substance, violations of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about October 9, 2017, in Boone County, in the Eastern District of Kentucky,

**ANDRES DIAZ-MIRANDA**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and less than 50 kilograms of marijuana, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about October 12, 2017, in Boone County, in the Eastern District of Kentucky,

**KYLE PATTON and
SARAH M. PATTON**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and less than 50 kilograms of marijuana, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853

In committing the Title 21 offenses alleged in this Indictment, the same being punishable by imprisonment for more than one year, the following property constitutes proceeds obtained directly or indirectly as a result of the commission of the aforesaid

violations of 21 U.S.C. § 841(a)(1):

**CURRENCY:**
1. $6,572 in U.S. currency seized from 5922 Greenscape Dr., Apt. #B, on October 9, 2017;
2. $30,161 in U.S. currency seized from 2631 Majestic Prince Dr., on October 12, 2017;
3. $120,000 in U.S. currency seized from PNC Bank;
4. $25,000 in the form of a cashier's check surrendered by Kyle Patton and Sarah Patton; and
5. $23,236.45 in the form of a cashier's check surrendered by Beau M. Downs.

**VEHICLES:**
1. A 2011 Mercedes S550, silver in color, bearing Kentucky registration 412 OGT, and VIN WDDNG8GB0BAA401168, registered to Kyle Patton; and
2. A 2015 Lexus RC-F, white in color, bearing VIN JTHHP5BC5F5002081.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **KYLE PATTON, SARAH M. PATTON, ANDRES DIAZ-MIRANDA, and BEAU M. DOWNS** has in the above-described property is vested in, and hereby forfeited to, the United States pursuant to 21 U.S.C. § 853.

**A TRUE BILL**

**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## **PENALTIES**

**COUNT 1:** **Methamphetamine:** not less than 10 years and not more than life imprisonment, $10,000,000 fine, and at least 5 years of supervised release.

**Marijuana:** not less than 5 years and not more than 40 years imprisonment, $5,000,000 fine, and at least 4 years of supervised release.

**COUNTS 2&3:** **Methamphetamine:** not less than 10 years and not more than life imprisonment, $10,000,000 fine, and at least 5 years of supervised release.

**Marijuana:** not more than 5 years imprisonment, $250,000 fine, and at least 2 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of listed items.